UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

Mark Lee Jones (1597827)

Plaintiff,

vs.

COMPLAINT

Case No. 3:25-cv-158-MOC

Honorable Judge (Stephan R. Futrell)

Timothy M. Victory (Assist D.A)

Scott Forbes (Public defender)

Defendant(s).

## A. JURISDICTION

Jurisdiction is proper in this court according to:

✓ 42 U.S.C. §1983

\_\_\_ 42 U.S.C. §1985

\_\_\_ Other (Please specify)_____

## B. PARTIES

1. Name of Plaintiff: mark lee Jones (1597827)
   Address: Marion Correctional Institution
   355 Old Glenwood road
   marion, NC 28752

2. Name of Defendant: Stephan R. Futrell
   Address: 114 N. Greene St
   Wadesboro, NC 28170

   Is employed as **Judge (senior)** at **Anson County Superior Court**
   (Position/Title)       (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ✓   NO ___, if "YES" briefly explain:
He is acted as the Senior Judge for the Anson County Superior Courthouse located in Wadesboro, NC. Judge (Stephen R. Futrell) purposely abused or exceeded his authority by violating my (5th, 8th, and 14th amendment) ~~constitutional~~

3. Name of Defendant: Timothy M. Victory
   Address: P.O. Box 761 (OR) 114 N. Green St
   Wadesboro, NC 28170

   Is employed as <u>Assistant District Attorney</u> at <u>Anson County Courthouse (Superior/District)</u>
                 (Position/Title)                 (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ___   NO ✓, if "YES" briefly explain:
   _____
   _____
   _____

4. Name of Defendant: Scott. Forbes
   Address: 115 E. Wade St
   Wadesboro, NC 28170

   Is employed as <u>Public defender</u> at <u>Anson County Superior Courthouse</u>
                 (Position/Title)                 (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ✓   NO ___, if "YES" briefly explain:
   Mr. Forbes acted under the "color of state law" when he allowed the District Attorney & Judge to violate my right without holding objections or motion to dismiss.

(Use additional sheets if necessary.)

## C. NATURE OF CASE

Why are you bringing this case to court? Please explain the circumstances that led to the problem.

(ATTAchment)
_____
_____
_____

## Nature of Case

This case comes before the federal court(s) due to violation(s) of my 5th and 8th amendment. On 10/7/21, I was found guilty by a jury for [RWDW, Burglary, and Conspiracy(s)] with a Juvenille "Aggravated factor" Enhancement on all of the charges. We appealed the Judge descion 10/7/21; on 6/28/23 4:57pm (Judge Chris Dillon) Concluded there was Insufficient evidence to support the aggravating factor of (Juvenille probation) based on willful violation by defendant of probation within ten years he the vacated all Judgement(s) and remanded the matter. ON 7/26/23 I went back to Anson County Courtroom to be Resentence by (Judge Futrell) and Asst D.A (Timothy Victory) the appeal Judgement and descion was read aloud. I was again sentence to the same charge (Burglary) and same "Juvenille Aggravated factor" Enhancing the time on the (Burglary) to the Aggravated range. Even after proving the Court and State had Insufficent Evidence to support that factor the Judge delibertly abused his authority by disobeying law and General Statues violating my Rights and Amendments as a U.S. Citizen. He signed and admitted to his unlawful descions he made as a superior Judge of the law violating and depriving me of my freedom. No objection or motions were filed by my lawyer when asked instead he allowed the (Judge and D.A) to make a descion favorable to them despite there being a law and state they must follow before deciding any person freedom.

## Cause of Action

Count 1 (Double Jeopardy): On 10/7/21 (Stephan R. Futrell) [Judge] ; (Mr. Timothy Victory) [Assist DA] used (Ms. Erica Greene) [Anson Clerk] testimony and a [Judgement and commitment upon Revocation of probation - Misdemeanor] from 10/6/15 where (Hon. Stephen Higdon) from Monroe, NC In (Monroe, NC) was the Judge; suspended my probation sentence due to me taking active time In Union County with 10 days credit. After trial on (10/7/21) Jury was asked about they're verdict to which they said (yes) to all factor(s) Including that (12a) aggravating factor. The aggravated factor was placed on (4 charges) (RWDW, Burglary, Conspricy RWDW, Conspricacy Burglary) then signed by (Judge Futrell) on 10/7/21. Before the Trial on 6/23/21 a (Notice of Aggravating factors) was signed and dated by (T. Matthew Victory). A day before my trial started (Oct 5th, 2021) I have evidence signed by (Asst Deputy Clerk of Superior Court) [Courtney, Howard] leading the Jury to make a verdict of (guilty or not guilty). After being charged with the "aggravated factor" 10/7/21 on the (Burglary and RWDW) I and my lawyer (Scott Forbes) entered an appeal. On (June 26, 2023) (Judge Chris Dillon) vacated all Judgements Including that "Juvenile aggravated factor" and Remanded It for resentencing. On (7/26/23) A new Judgement was entered and signed by Judge (Stephan R. Futrell) pinning the same "Juvenile Aggravated factor" on my Burglary Charge Again that was vacated by the (C.O.A) due to "Insufficent Evidence to support they facts". This proves all my claims and in "all" rights violates my (5th Amendment) double Jeopardy.

Count 2 (Cruel and Unusal punishment) - Due to the same (aggravated factor) on 10/7/21 being used on the same charge (Burglary) twice I was oversentenced (10/7/21 and 7/26/23) by Judge Futrell and Timothy Victory) violating my 8th amendment. when I ask (Scot Forbes) to (motion or object) too they're decision he respond "I can't they're's nothing else i can do for you". With that I was sent to N.C.D.A.C with more time than I was suppose to have. Simply showing (Cruel & Unusal punishment)

## D. CAUSE OF ACTION

I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

a. (1) Count 1: 5th amendment / Double Jeopardy
   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)
   (attachment)

b. (1) Count 2: Cruel and usual punishment
   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)
   (attachment)

## E. INJURY

How have you been injured by the actions of the defendant(s)?

pain and Suffering, mental and physically unstable, finicially unstable, loss of liberty, Incohrent lifestyle and speech, emotional suffering,

# F. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action?      YES _____      NO ✓

If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

1. Parties to previous lawsuits:

Plaintiff(s):_____

Defendants(s):_____

2. Name of court and case or docket number:

_____

3. Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?)

_____
_____
_____

4. Issued raised:

_____
_____
_____

5. When did you file the lawsuit?_____
                Date: Month/Year

6. When was it (will it be) decided?_____

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D?  YES _____      NO _____

If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

_____

## G. REQUEST FOR RELIEF

I believe I am entitled to the following relief:

Compensatory Damages: due too psychological damage, pain and suffering and Other Injury and dismissal of all charges against me.

JURY TRIAL REQUESTED  YES ✓  NO ____

Signed at MaRIoN Correctional Insti on 3/2/25
(Location) (Date)

Mark Jones 1597827
Signature

Address: 355 Old Glenwood rd
Marion, NC 28752

Phone: (828) 659-7810
E-Mail:

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed/ delivered to the following individuals at the addresses listed:

Scott Forbes - 115 E. Wade St Wadesboro, NC 28170

Timothy Victory - 114 N. Green St Wadesboro, NC 28170

Stephon R. Futrell - 114 N. Green St Wadesboro, NC 28170

This the 3 day of March, 20 25.

Mark Jones (1597827)
Signature

Mark Jones (1597827)
(Print Name)